This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 10, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Tammy R Profitt<br><br>                             Debtor | CASE NO: 14-31788<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**AGREED ORDER CANCELING HEARING SET PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1(h)
AND DETERMINING WHETHER LOAN IS CURRENT (DOCS. 48 & 50)**

This matter is before the Court following the filing and service of a Notice of Final Cure Payment (Doc. 48); a response by US BANK TRUST NATIONAL ASSOCIATION to that notice (Doc. 50); a motion pursuant to Fed. R. Bankr. P. 3002.1(h) requesting that the Court schedule a hearing to determine whether the Debtor has cured the default on the mortgage loan and paid all required post-petition amounts; and an order granting the motion (the "Contested Matter.") (Doc. 52).

The Debtor and Creditor have resolved all issues pertaining to the Contested Matter. Accordingly, the hearing scheduled on the Contested Matter is **CANCELLED**.

Case: 14-31788

It is further **ORDERED that all pre-petition defaults owed to Creditor have been cured and that all required post-petition amounts due to the creditor have been paid through September, 2019**. The debtor is now due for the October 1, 2019 mortgage payment.

**IT IS SO ORDERED**.

**APPROVED BY:**

/S/ RUSS B COPE
RUSS B COPE  #0083845
ATTORNEY FOR DEBTOR
6826 LOOP RD
DAYTON, OH  45459
(937) 401-5000  FAX (877) 845-1231
email: ecf@copelawoffices.com

/S/ MOLLY SLUTSKY SIMONS
MOLLY SLUTSKY SIMONS  #0083702
Attorney for US BANK TRUST NATIONAL ASSOCIATION
SOTTILE & BARILE
394 WARDS CORNER RD STE 180
LOVELAND, OH  45140
(513) 444-4100  FAX (000) 000-0000
email:  bankruptcy@sottileandbarile.com

/S/ John G Jansing
John G Jansing  #0040926
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

**Copies:**

### Default List Plus Additional Parties

(24.4)
MOLLY SLUTSKY SIMONS
SOTTILE & BARILE
394 WARDS CORNER RD STE 180
LOVELAND, OH  45140